1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7
8
9
10
11

ANGEL RENNINGER,

                         Plaintiff,

    v.

EXTENSOFT, INC., et al.,

                       Defendants.

Case No. 2:13-cv-02242-GMN-PAL

ORDER

(Mot. Prot. Ord – Dkt. #24)
(Mot. Ext Disc. – Dkt. #25)
(Mot. OST – Dkt. #26)

12      Before the court is Plaintiff's Motion for Protective Order (Dkt. #24), Motion to Extend
13 Discovery Deadlines (First Request) (Dkt. #25), and Application for an Order Shortening Time
14 (Dkt. #26) which were filed as one document.  The court has reviewed the motion and
15 Defendants' Opposition to Protective Order (Dkt. #29), and Opposition to Extension of
16 Discovery (Dkt. #30).

17      The motion for protective order seeks a protective order precluding the Plaintiff's
18 deposition from going forward on June 25, 2014.  The motion represents that the Plaintiff's
19 deposition was originally scheduled for June 30, 2014, a date she was able to take off work.
20 However, on June 17, 2014, counsel for Plaintiff received a deposition notice from Defendants to
21 take the deposition of Plaintiff on June 25th, rather than on June 30, 2014, as previously noticed.
22 Counsel for Plaintiff emailed opposing counsel pointing out that the deposition of the Plaintiff
23 was already set for June 30, 2014, but defense counsel reportedly instructed Plaintiff's counsel to
24 file a motion for protective order or have the client appear on June 25th.  The motion also
25 requests a 120-day extension of the June 30, 2014 discovery cutoff.

26      Defendants oppose the motion for protective order, and motion to extend the discovery
27 cutoff.

28      Having reviewed and considered the matters,

**IT IS ORDERED** that:

1.      Plaintiff's Motion for Order Shortening Time (Dkt. #26) is **GRANTED**, and a temporary protective order is entered precluding the deposition of the Plaintiff from going forward as scheduled either on June 25, 2014, or June 30, 2014.

2.      A hearing on Plaintiff's Motion for Protective Order (Dkt. #24) and Motion to Extend Discovery Deadlines (Dkt. #25) is scheduled for **July 1, 2014, at 10:30 a.m.** in Courtroom 3B.

DATED this 19th day of June, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE